UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | | |
|---|---|---|---|
| CASE NUMBER: | 19-66610- WLH | TRUSTEE: | S. GREGORY HAYS |
| CASE NAME: | MONYETTA JACKSON | 341 DATE:<br>RESET DATE: | 11/19/2019<br>12/17/2019<br>06/22/2020<br>07/23/2020 |
| JUDGE: | WENDY L. HAGENAU | TIME:<br>RESET TIME: | 10:00 AM<br>08:50 AM |

### APPEARANCES

| | PRESENT | ABSENT |
|---|---|---|
| DEBTOR 1:<br>Monyetta Jackson | ☐ | ☒ |
| DEBTOR 2: | ☐ | ☐ |
| DEBTOR'S ATTORNEY:<br>Pro Se | ☐ | ☐ |

### RESULTS OF MEETING

**Failure of debtor to appear to the first, second, third and fourth 341 Meeting of Creditors.**

### REQUEST TO DISMISS CASE FOR FAILURE TO APPEAR FOR FOURTH 341 MEETING

The undersigned certifies under penalty of perjury that the Debtor has failed twice to appear at the Section 341 Meeting and recommends that a dismissal order be entered against:

|  | Debtor | Spouse |
|---|---|---|
| Check appropriate box(es): | ☒ | ☐ |

DATED: July 23, 2020

/s/ S. Gregory Hays
S. GREGORY HAYS, CHAPTER 7 TRUSTEE