UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re: Debtor(s)
**Monyetta Jackson**
1606 Van Epps Street, S.E.
Atlanta, GA 30316

**xxx−xx−7817**

Case No.: **19−66610−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

_Wendy L. Hagenau_
Wendy L. Hagenau
United States Bankruptcy Judge

Dated:  August 21, 2020

Form 178