**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Monyetta Jackson**
1606 Van Epps Street, S.E.
Atlanta, GA 30316

**xxx−xx−7817**

Case No.: **19−66610−wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

**ORDER DISCHARGING TRUSTEE AND CLOSING ESTATE(S)**

The above−styled case having been dismissed by Order of the Court, it is **ORDERED** that the estate(s) is closed and the Trustee is discharged from and relieved of the trust.

Wendy L. Hagenau
United States Bankruptcy Judge

Dated:  August 21, 2020

Form 178

```
                        United States Bankruptcy Court
                          Northern District of Georgia
```

```
In re:                                                       Case No. 19-66610-wlh
Monyetta Jackson                                             Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: malave           Page 1 of 1           Date Rcvd: Aug 21, 2020
                              Form ID: 178           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db             +Monyetta Jackson,    1606 Van Epps Street, S.E.,    Atlanta, GA 30316-2148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              S. Gregory Hays    ghays@haysconsulting.net, saskue@haysconsulting.net;GA32@ecfcbis.com
                                                                                             TOTAL: 2