UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MONYETTA JACKSON, | : | CASE NO. 19-66610-WLH |
| | : | |
| Debtor. | : | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that S. Gregory Hays, the Chapter 7 Trustee ("**Trustee**") for the bankruptcy estate of Monyetta Jackson (the "**Debtor**"), has filed *Trustee's Motion to Vacate Dismissal and Reopen Case* (the "**Motion**"), requesting that the Case be reopened.

**PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on the Motion in Courtroom 1403, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303 at 10:00 A.M. on February 4, 2021.**

Your rights may be affected by the Court's ruling on this pleading. You should read this pleading carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.). If you do not want the Court to grant the relief sought in this pleading or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone."* You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk at least two (2) business days before the hearing. The address of the Clerk's Office is: Suite 1340, Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. You must also mail a copy of your response to counsel for the Chapter 7 Trustee, S. Gregory Hays. 2964 Peachtree Road, Suite 555 2100, Atlanta, Georgia 30305

Dated:  December 30, 2020

By: */s/ S. Gregory Hays*
S. Gregory Hays, Chapter 7 Trustee

2964 Peachtree Road, Suite 555
Atlanta, GA  30305
404.926-0051
ghays@haysconsulting.net