UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MONYETTA JACKSON, | : | CASE NO. 19-66610-WLH |
| | : | |
| Debtor. | : | |

## CERTIFICATE OF SERVICE

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF MOTION TO VACATE DISMISSAL AND REOPEN CASE** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 30th day of December, 2020.

                                                                                              */s/ S. Gregory Hays*
                                                                                                 S. Gregory Hays
                                                                                                 Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

Santander Consumer USA
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161-0244

Discover Financial
Po Box 3025
New Albany, OH 43054-3025

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Office of the US Trustee
362 Richard Russell Bld
75 Ted Turner Dr, SW
Atlanta, GA 30303-3315

Synchrony Bank/Amazon
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

PRA Receivables Mgt, LLC
PO Box 41021
Norfolk, VA 23541-1021

BMW Financial Services
Customer Service Center
PO BOX 3608
DUBLIN, OH 43016-0306

Monyetta Jackson
1606 Van Epps Street, S.E.
Atlanta, GA 30316-2148

Bmw Financial Services
Attn: Bankruptcy Dept
PO Box 3608
Dublin, OH 43016

Synchrony Bank/Lowes
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Nordstrom FSB
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155-6555

Synchrony Bank/Gap
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

Georgia Department of Revenue
Compliance Division
ARCS Bankruptcy
Atlanta, GA 30345-3202

Capital One
/Neiman Marcus/Bergdorf Goodm
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Credit Management Control
Attn: Bankruptcy
Po Box 1654
Green Bay, WI 54305-1654

Dsnb Bloomingdales
Attn: Recovery Bk
Po Box 9111
Mason, OH 45040

JP Morgan Chase Bank NA
Bankruptcy Mail Intake Team
700 Kansas Lane Floor 01
MONROE, LA 71203-4774

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850

Comenity Bank/Victoria Secret
Attn: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

IRS
401 W. Peachtree St., NW
Stop #334-D
Atlanta, GA 30308

Insight Credit Union
1606 Vann Epps St SE
Atlanta, GA 30316-2148

Synchrony Bank
c/o PRA Rece Mgt, LLC
PO Box 41021
Norfolk, VA 23541-1021

GA Dept. of Revenue
COMPLIANCE DIVISION
ARCS BANKRUPTCY
ATLANTA, GA 30345-3202

United States Attorney
Northern District of Georgia
75 Ted Turner Drive SW
Suite 600
Atlanta, GA 30303-3309