**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2021 NOV 10 PM 3:33

M. REGINA THOMAS
CLERK
BY: _Elle Strade_ DEPUTY CLERK

IN RE: Monyetta Jackson

Case No.: 19-66610

Chapter: 7

Debtor(s)

**Motion to Reopen Case**

I received two letters stating that I had to October 29, 2021 to show proof of complete of the financial course. I emailed the course certificate in to emergencyfiling@ganb.uscourts.gov. I took this course when I first filed in 2019. By the due date I was giving. Now I received a second letter saying Case close due to Financial Management Course hasn't been filed. I leave course on record in person. I didn't know there was not record from the beginning of my case.

Dated: 11-10-2021

Signature: _Monyetta Jackson_

Printed Name: Monyetta Jackson

Address: 1606 Van Epps St SE
Atlanta, Ga 30316

Phone: 404-709-7729

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF GEORGIA

## ATLANTA DIVISION

IN RE: _____ )   Case No: 19-66610 WLH
                               )
        _____ )   Chapter
                               )
                               )
        Debtor(s)              )

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 year of age, and that on the _10_ day of _NOV_, 20_21_ I served a copy of _Motion to Reopen case_ which was filed in this bankruptcy matter on the _10_ day of _NOV_, 20_21_.

Mode of service (check one):    ◯ MAILED    ☒ HAND DELIVERED

Name and Address of each party served (If necessary, you may attach a list.):

Office of United State Trustee
362 Richard Russell Building
75 Ted Turner Drive SW, Atlanta Ga 30303

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Dated: 11-10-2021

Signature: Monyetta Jackson

Printed Name: Monyetta Jackson

Address: 1674 Van Epps St SE
Atlanta Ga 30316

Phone: 404-709-7729

(Generic Certificate of Service – Revised 4/13)